# Exhibit H

To whom it may concern

Katie has definitely made some bad decisions that have led her to this point in her life. We talk on a daily basis several times a day and I believe that She has owned up to her mistakes and is doing everything that she can to make up for those mistakes and lead a normal life for herself and her children. She goes to church every weekend, she has two jobs to support herself and her children, She is starting therapy and trying to put the past behind her and move forward being the independent person that she's always been But never had The strength to show. I do not believe that giving her a jail sentence would benefit her or her children, my nephews. If there is one thing that she is that is a wonderful mother and she would never intentionally have put her children in such a traumatizing situation and she's doing everything that she can now to make up

for that. I believe her boys need her now more than ever. Please give my sister this opportunity to continue to better herself and continue to be there for her boys.

Thank you
Ellie Green